FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**March 17, 2021**

Christopher M. Wolpert  
Clerk of Court

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

EDELFONSO GONZALEZ-GONZALEZ,

    Defendant - Appellant.

No. 20-3192  
(D.C. No. 2:17-CR-20007-JAR-6)  
(D. Kan.)

_____

**ORDER**

_____

This matter is before the court on Appellant's *Voluntary Motion to Dismiss Appeal*. Upon consideration, the motion is granted. *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk